```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
YI HUAN HU,                                                     :
                                                                :
                                                                :   ORDER OF DISMISSAL
                           Plaintiff,                           :
          -against-                                             :   13-CV-3292 (LAP)
                                                                :
                                                                :
POLICE BROKEN MY FOOT IN HOME FROM                              :
911 THREE PEOPLE COME MY HOME FOR                               :
ROB POLICE FIGHT ME THEN LOCK ME TO                             :
MAIMONIDES MEDICAL CENTER ATE THE                               :
PSYCHIATRY MEDICATION THAT MOMENT                               :
FOR FIRE MURDER., et al.,                                       :
                                                                :
                                                                :
                           Defendants.                          :
---------------------------------------------------------------X
```

LORETTA A. PRESKA, Chief United States District Judge:

      By order dated June 27, 2013, the Court directed Plaintiff to file an amended complaint within sixty days of the date of that order. That order specified that failure to comply would result in dismissal of the complaint. On July 8, 2013, Plaintiff filed a letter stating that she "must keep this case open[.]" Plaintiff has not filed an amended complaint. Accordingly, the complaint is dismissed for failure to state a claim on which relief may be granted. The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      SO ORDERED:

                                                                        LORETTA A. PRESKA
                                                                      Chief United States District Judge

Dated: January 16, 2014
       New York, New York